**Order filed, May 14, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-15-00339-CR

_____

**STEVEN WAYNE FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Case 1428579**

## ORDER

The reporter's record in this case was due May 4, 2015.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Marcia Barnett, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.


/s/ Jan Bland
　　　Acting individually